UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Turf Nation, Inc.,

       Plaintiff(s),

   v.

Platte River Insurance Company,

       Defendant(s).

***MEDIATION CERTIFICATION***

1:17 - cv - 00534

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on 03/20/2018.

 ☑ *Case has settled.* (Comment if necessary).

 ☐ *Case has not settled.* Mediation will continue on _____.

 ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 03/20/2018     *Mediator:* /S/ Harold A. Kurland

**Additional Comments:**