# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TURF NATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> PLATTE RIVER INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 1:17-CIV-00534-LJV-LGF <br><br> **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties appearing in the above-captioned action, that said action is and shall be discontinued with prejudice, and that without further notice this stipulation can be e-filed with the Clerk of the United States District Court for the Western District of New York.

Dated: April 13, 2018
      Rochester, NY

| | |
|---|---|
| **REEVE BROWN PLLC** | **ALSTON & BIRD, LLP** |
| /s/ C. Allan Reeve | /s/ Thomas P. Clinkscales |
|     C. Allan Reeve, Esq. | Thomas P. Clinkscales, Esq., *Pro Hac Vice* |
| 3380 Monroe Ave, Suite 200 | One Atlantic Center, |
| Rochester, New York  14618 | 1201 W. Peachtree St. |
| Tel. (585) 287-5275 | Atlanta, Georgia 30309 |
| careeve@reevebrownlaw.com | Tel. (404) 881-4941 |
| | tomclinkscales@alston.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** <br> *Turf Nation, Inc.* |

**McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP**

/s/ Theodore M. Baum
          Theodore M. Baum
McElroy, Deutsch, Mulvaney & Carpenter, LLP
820 Bausch and Lomb Place
Rochester, NY 14604
Tel. (585) 623-4290
tbaum@mdmc-law.com

**ATTORNEYS FOR DEFENDANT**
*Platte River Insurance Company*